# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Kaabar Venson

                         Plaintiff,

v.                                    Case No.: 1:21−cv−05108

                                    Honorable Jeremy C. Daniel

Terrell Pork, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 14, 2025:

        MINUTE entry before the Honorable Jeremy C. Daniel: Motion hearing held. The parties advised the Court that they reached an agreement in principle and needed time to finalize settlement. All pending motions are entered and continued. The Court cautioned the parties that it will not move the trial date for purposes of finalizing settlement. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.